PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Larry Prunty                                             Cr.: 97-00083-001

Name of Sentencing Judicial Officer: The Honorable Harold A. Ackerman

Date of Original Sentence: 04/14/98

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 115 months imprisonment, Three (3) years Supervised Release

Type of Supervision: Supervised Release              Date Supervision Commenced: 08/23/06

Assistant U.S. Attorney: Nicholas Acker               Defense Attorney: Lorraine Gauli-Rufo

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**<br><br>The offender failed to report as directed on July 31, 2007, August 1, 2007, and August 14, 2007.<br><br>In addition, the offender failed to submit monthly supervision reports for the 2007 months of March, April, May, June, and July. |
| 2. | The offender has violated the supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'**<br><br>The offender tested positive for cocaine usage on the following dates: January 26, 2007, March 7, 2007, March 13, 2007, March 15, 2007, May 21, 2007, and August 9, 2007. |

PROB 12C - Page 2
Larry Prunty

3.     The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $2,500; it shall be paid in the following manner: monthly installments of no less than $25.**'

The offender failed to pay $25 per month towards his fine. His last payment was on March 12, 2007, and his current balance is $2,302.67.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin 
U.S. Probation Officer
Date: 09/05/07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Sept. 14, 2007
Date