PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Larry Prunty          **Docket Number:** 97-00083-001
                                            **PACTS Number:** 17942

**Name of Sentencing Judicial Officer:** Honorable Harold A. Ackerman

**Date of Original Sentence:** 04/14/1998

**Original Offense:** Firearms, Unlawful Possession

**Original Sentence:** 115 months imprisonment; 3 years supervised release.

**Date of Violation Sentence:** 09/27/07

**Violation Sentence:** Time served, two years supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 09/27/07

**Assistant U.S. Attorney:** Nicholas S. Acker, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lorraine S. Gauili- Rufo, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On August 23, 2008, Prunty was arrested in Newark, New Jersey for Possession of Heroin. He was found to be in possession of one glassine envelope of heroin stamped "10/20" in red ink. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report to the probation office as directed on June 23rd, July 22nd, and July 29th, 2008. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>The offender failed to refrain from drug use as evidenced by the following positive urine results: On March 11th and 14th, 2008, he tested positive for cocaine. On June 11th and July 8th, 2008, he tested positive for cocaine and PCP. |
| 4 | The offender has violated the supervision condition which states '**You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.**'<br><br>On June 11, 2008, agents from the U.S. Marshal Service were gathering information on a warrant investigation and entered 103 Seth Boyden Terrace, Apt. 3 B, Newark, NJ (a housing project where controlled substances are frequently sold). The offender was at this location and fled through a rear window. He was apprehended and questioned by the Marshals, who believe the offender was under the influence of drugs. On the same day, the probation office stressed to the offender that he was prohibited from frequenting the Seth Boyden projects; however, he was arrested at this location on August 23, 2008. |
| 5 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'<br><br>The offender failed to participate in out-patient treatment sessions and code a phone (random urinalysis program) as directed. The offender was instructed to report to Integrity for weekly individual and group sessions. In April 2008, he missed two sessions (April 14th group and April 18th individual). In May 2008, he missed two individual sessions (May 21st and 28th) and three group sessions (May 5th, 19th, and 26th). In June 2008, he missed five individual sessions and five group sessions. He last reported to Integrity on June 17, 2008.<br><br>The offender failed to report to code a phone for drug testing on March 7th, May 15th, June 19th, July 23rd, and August 14th, 2008. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 9/2/08

MRR/MKL

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

9-2-2008