PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Larry Prunty  Cr.: 97-00083-001
PACTS #: 17942

Name of Sentencing Judicial Officer: The Honorable Harold A. Ackerman

Date of Original Sentence: 09/24/08

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 115 months incarceration; three-year-term supervised release

Violation Sentence (first): Time-Served (10 days); two-year term supervised release

Violation Sentence (second): 14 months custody; one-year-term supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/22/09

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 9, 2010, the offender entered a fenced-in structure and removed sixteen window frames without permission. He was arrested by Newark Police for burglary, and the charge is pending. |

U.S. Probation Officer Action:

We respectfully request withholding court action until disposition of the pending charge, or until our office can further investigate to determine if we have ample proof (by a preponderance of the evidence) to bring a violation before the Court. We will update the Court prior to the scheduled termination of supervision (September 21, 2010) and advise if we can prove a violation has occurred.

Respectfully submitted,
By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 08/17/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

9/20/2010
Date